IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00104-01-CR-W-RK |
| | ) | |
| ANTONIO E. WILLS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 21, 2016, a criminal complaint was filed against defendant Antonio E. Wills. On March 29, 2016, the Grand Jury returned a three-count indictment against defendant Wills. On November 2, 2016, the Grand Jury returned a three-count superseding indictment against defendant Wills. Count One of the superseding indictment charges defendant with possession of a controlled substance with intent to distribute. Count Two charges defendant with possession of a firearm in furtherance of a drug trafficking crime. Count Three charges defendant with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Adam Caine/Ashleigh Ragner
    Case Agent: Detective Erin Riley
    Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**:

| 10/28/2016 | 25 | NOTICE of filing *U.S Notice of Intent to Offer Evidence Pursuant to Rule 404(b)* by USA as to Antonio E Wills (Caine, Adam) (Entered: 10/28/2016) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 8 without stipulations
    Defendants: 7 witnesses, including the defendant

**TRIAL EXHIBITS**
    Government: 15 exhibits
    Defendant: 3 exhibits for defendant

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  1- 1 ½ days**
   Government's case including jury selection:   1 ½ days (1 day with stipulations)
   Defense case:  1 hour

**STIPULATIONS**: The government will propose stipulations on the nexus of the firearm and on the chain of custody.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

   **Witness and Exhibit List**
   Government: **directed to be filed no later than thirty days prior to trial;**
   Defense:  **directed to be filed no later than thirty days prior to trial;**
   As of the date of the pretrial conference, witness and exhibit lists have not been filed by either party.  Counsel were directed to file these documents as quickly as possible.

   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, February 7, 2018.**
   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:** None anticipated

**TRIAL SETTING**: Criminal jury trial docket set for February 12, 2018.

   **Please note:** The case needs to be set on the second week of the trial docket—preferably mid-week.  The case agent is not available the first week of the trial docket.  Additionally, Ms Holloman Hughes will be stand by counsel in case that will take all of the first week of the docket and which may spill into the second week by a day or two.

**IT IS SO ORDERED.**

_/s/ Sarah W. Hays_
SARAH W. HAYS
United States Magistrate Judge